UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20321-CR-ALTONAGA/TORRES

UNITED STATES OF AMERICA

vs.

MICHAEL STEIN
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Defendant MICHAEL STEIN ("STEIN" or the "Defendant") knowingly and willfully conspired and agreed with his co-conspirators, including Leonel Palatnik, Christopher Lee Hutson, Gustavo Geraldes, and others, to defraud the United States, in violation of Title 18, United States Code, Section 371, by soliciting and receiving kickbacks, in violation of Title 42, United States Code, Section 1320a-7b(b)(1)(B).

### The Medicare Program

The Medicare Program ("Medicare") was a federal healthcare program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. Medicare was a "healthcare benefit program," as defined by Title 18, United States Code, Section 24(b). Medicare programs covering different types of benefits were separated into different program "parts." "Part B" of Medicare covered, among other things, cancer and cardiovascular genetic testing (testing of DNA sequencing to detect mutations in genes that could indicate higher risk of developing certain types of cancers or cardiovascular illnesses in the future) that was medically necessary for the diagnosis or treatment of injury or illness or to improve the functioning of a malformed body member. Medicare prohibited the submission of claims that were procured through the payment of illegal kickbacks and bribes.

## Panda Conservation Group, LLC

Panda Conservation Group, LLC ("Panda") was a Texas company with its principal place of business in Broward County, Florida. The Health Awareness Project was Panda's brand name for patient and doctor-facing marketing purposes. Panda owned laboratories that engaged in and submitted claims to Medicare for genetic testing, including AmeriHealth Laboratory, a testing laboratory and Medicare provider with a principal place of business in Dallas County, Texas, and MP3 Laboratory, a testing laboratory and Medicare provider with a principal place of business in Denton County, Texas. Panda was co-owned by Leonel Palatnik, Christopher Lee Hutson, and Gustavo Geraldes, among others. Panda used the Health Awareness Project brand to target Medicare beneficiaries interested in genetic testing and to obtain their insurance information and DNA material for testing at Panda's laboratories.

## 1523 Holdings, LLC

Defendant was a resident of Broward County, Florida, and owned 1523 Holdings, LLC ("1523 Holdings"), a Florida company with its principal pace of business in Hollywood, FL.

Beginning in or around April 2020, STEIN, through his company, 1523 Holdings, entered into an agreement with Panda to receive $50,000 per month for, among other things, recruiting and onboarding telehealth practitioners to the Panda platform so that they could do tele-health consults of patients who STEIN believed had requested, consented to, and been pre-qualified for genetic testing that would be performed by a Panda lab and billed to Medicare. STEIN recruited and onboarded Elizabeth Hernandez.

From April 2020 until early November 2020, Elizabeth Hernandez approved genetic testing for thousands of Panda patients. In November 2020, STEIN learned that Elizabeth Hernandez had been terminated by Panda because she was under investigation for fraudulent

billing. In January 2021, STEIN knowingly and willfully requested remuneration in the amount of $50,000 under the MSA, even though he knew that Hernandez had been terminated by Panda for fraudulent billing.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. I make this statement knowingly and voluntarily, and because I am in fact guilty of the crimes charged.

Date: 4/10/2023

By: _____
JAMES V. HAYES
SENIOR LITIGATION COUNSEL
LIGIA MARKMAN
TRIAL ATTORNEY
KEITH CLOUSER
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

Date: 4/10/2023

By: _____
MICHAEL STEIN
DEFENDANT

Date: 2023-4-10

By: _____
HOWARD SREBNICK
ALYSSA SILVAGGI
COUNSEL FOR DEFENDANT